**THOMAS P. RILEY, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **CASE NO. 2:14-cv-01537-JAM-CKD** |
| Plaintiff, | |
| vs. | **STIPULATED JUDGMENT** |
| **HECTOR MANUEL MARTINEZ,** | |
| Defendant. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Ten Thousand Dollars ($10,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff Joe Hand Promotions, Inc. and against HECTOR MANUEL MARTINEZ, individually and d/b/a LA FIESTA TAQUERIA a/k/a TAQUERIA LA FIESTA.

///
///
///
///

**STIPULATED JUDGMENT**
**CASE NO. 2:14-cv-01537-JAM-CKD**
Page 1

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

Respectfully submitted,

Dated: 11/10/2014

/s/ Thomas P. Riley_____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

Dated: 11/10/2014

/s/ Deborah M. Barron_____
**BARRON LAW CORPORATION**
By: Deborah M. Barron, Esquire
Attorneys for Defendant
HECTOR MANUEL MARTINEZ, individually and d/b/a LA FIESTA TAQUERIA a/k/a TAQUERIA LA FIESTA

**IT IS SO ORDERED**:

DATED:  11/12/2014

/s/ John A. Mendez_____
**The Honorable John A. Mendez
United States District Court Judge
Eastern District of California**