Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>                    Plaintiff,<br><br>           vs.<br><br>Hector Manuel Martinez,<br><br>                    Defendant. | CASE NO. 2:14-cv-01537-JAM-CKD<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HECTOR MANUEL MARTINEZ, individually and d/b/a LA FIESTA TAQUERIA a/k/a TAQUERIA LA FIESTA |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant HECTOR MANUEL MARTINEZ**,** individually and d/b/a LA FIESTA TAQUERIA a/k/a TAQUERIA LA FIESTA, that the above-entitled action is hereby dismissed **with prejudice** against HECTOR MANUEL MARTINEZ**,** individually and d/b/a LA FIESTA TAQUERIA a/k/a TAQUERIA LA FIESTA, subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
Case No. 2:14-cv-01537-JAM-CKD
 PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 11, 2014      *s/Thomas P. Riley*  
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**  
                              By: Thomas P. Riley  
                              Attorneys for Plaintiff  
                              JOE HAND PROMOTIONS, INC.

Dated: November 10, 2014      *s/Deborah M. Barron*  
                              **BARRON LAW CORPORATION**  
                              By: Deborah M. Barron, Esquire  
                              Attorneys for Defendant  
                              HECTOR MANUEL MARTINEZ, individually and d/b/a LA FIESTA TAQUERIA a/k/a TAQUERIA LA FIESTA

**IT IS SO ORDERED**:

Dated: 11/12/2014

                              /s/ John A. Mendez_____  
                              **The Honorable John A. Mendez**  
                              **United States District Court Judge**  
                              **Eastern District of California**

**STIPULATION OF DISMISSAL**  
**Case No. 2:14-cv-01537-JAM-CKD**  
**PAGE 2**